# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LYNN WATERLOO,<br><br>          Petitioner,<br><br>          v.<br><br>M. S. EVANS, Warden,<br><br>          Respondent. | NO. CV 08-1280 JVS (FMO)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 19, 2008

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE